U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 2 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARK TOTEN, ET AL | : | DOCKET NO. 07-1066 |
| VS. | : | JUDGE TRIMBLE |
| ROWAN DRILLING CO., INC. | : | MAGISTRATE JUDGE HILL |

### ORDER

Before the Court is "Rowan Drilling Company, Inc.'s Appeal and/or Objection to Magistrate Judge's Ruling" (doc. #46) and an "Appeal and/or Objection to Ruling of Magistrate Judge of PPI Technology Services, LP" (doc. #49) wherein the movers seek to reverse the Magistrate's ruling dated September 12, 2007 which granted Plaintiffs' motion for leave to amend and remanded the suit to state court. Defendants argue that Magistrate Hill erred in allowing Plaintiffs to amend their complaint and name, Justin Moore, as a non-diverse defendant. The Magistrate found that Plaintiffs were not dilatory in attempting to discover the name of the Rowan forklift operator and add him as an additional defendant in this lawsuit. The Magistrate concluded that after examining the factors set forth by *Hensgens v. Deere & Co.*,[1] there were strong equities favoring Plaintiffs.

Pursuant to 28 U.S.C. 636(b)(1)(A), a district court may modify or set aside any portion of the Magistrate Judge's order relating to a nondispositive motion only if the order is clearly erroneous and contrary to law. A decision is clearly erroneous or contrary to law when the reviewing court is

---

[1] 833 F.2d 1179 (5th Cir. 1987).

left with the definite and firm conviction that a mistake has been committed.[2] The Court has reviewed and considered the arguments of the parties and concludes that Magistrate Judge Hill's ruling is neither clearly erroneous nor contrary to law. Accordingly, it is

**ORDERED** that the appeals of the magistrate decision (docs. #46 and 49) are hereby **DENIED** and the matter is remanded back to state court.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23rd day of October, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[2] *Palacios Seafood, Inc. v. Piling, Inc.*, 888 F.2d 1509, 1513 (5th Cir. 1989).